UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DEWI RIANA,                                                  :
                                        Plaintiff,           :
                                                             :      23 Civ. 5248 (LGS)
                -against-                                    :
                                                             :      ORDER
TORISHIKI USA CORP., et al.,                                 :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 23, 2023, required the parties to file a proposed case management plan and joint letter by August 2, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for August 9, 2023, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **August 7, 2023, at 12:00 P.M.**

Dated: August 3, 2023
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**