```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  DEWI RIANA,                                                :
                                      Plaintiff,             :
                                                             :       23 Civ. 5248 (LGS)
                        -against-                            :
                                                             :             ORDER
  TORISHIKI USA CORP., et al.,                               :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 9, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the August 9, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 7, 2023
      New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                     **UNITED STATES DISTRICT JUDGE**