Application **GRANTED**.  The pre-motion conference scheduled for June 5, 2024, is adjourned to **July 17, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The parties shall file any pre-motion letters by **July 3, 2024**.  An amended case management plan will issue separately.

Dated: May 22, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>*VIA CM/ECF*</u>
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:**  **Dewi Riana v. Torishiki USA Corp., et al.**
      **Civil Action No.: 1:23-cv-05248**
      <u>**Joint Request to Adjourn Pre-Motion Conference Scheduled for June 5, 2024**</u>

Dear Judge Schofield:

  This firm is counsel to Defendants, Torishiki USA Corp. (d/b/a Torien Restaurant), Showa Hospitality, LLC, Julian Hakim (improperly pled as "Julien Hakim"), Hideo Yasuda, and Rodrigo Acosta (collectively referred to as "Defendants"), with respect to the above-captioned matter. We write with respect to the pre-motion conference currently scheduled before Your Honor on June 5, 2024.

  In accordance with Your Honor's Individual Rules and Procedures, the parties jointly request an adjournment of the June 5, 2024 pre-motion conference. Currently, the parties are scheduled to attend an in-person settlement conference on June 26, 2024 before the Honorable Katharine H. Parker, U.S.M.J.  The parties believe it would be appropriate and in the interest of judicial economy for the Court to adjourn the pre-motion conference until the parties are given the opportunity to attend the settlement conference.  Indeed, the parties are hopeful that the settlement conference may be fruitful in reaching a potential resolution/settlement.  As such, the parties submit that attendance of the settlement conference prior to the pre-motion conference would best serve the needs of this case and potentially avoid wasting judicial resources and costs to the respective parties. Please note that this is the parties' first request for an adjournment of the pre-motion conference.

  For these reasons, if Your Honor's schedule permits, the parties jointly request the June 5, 2024 pre-motion conference be adjourned and rescheduled for the week of July 15, 2024, to allow time for preparation and submissions of pre-motion letters, if necessary.

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
1180 Avenue of the Americas, 8th Floor
New York, New York 10036

olenderfeldman.com
fax: 908-810-6631

Page 2
May 21, 2024

      Should Your Honor have any questions or wish to discuss this matter further, please do not hesitate to have a member of Your staff contact me. We thank you for your continued attention to this matter.

                                    Respectfully submitted,

                                    ***/s/ Howard A. Matalon***
                                    HOWARD A. MATALON

cc:    Mike DiGiulio, Esq. (*via ECF*)