The July 17, 2024, pre-motion conference is adjourned to **August 7, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The parties shall file any pre-motion letters by **July 24, 2024**. So Ordered.

Dated: July 2, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

July 1, 2024

<u>VIA CM/ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Dewi Riana, et al. v. Torishiki USA Corp., et al.**
             **Civil Action No.: 1:23-cv-05248**
             <u>**Joint Request to Adjourn Pre-Motion Conference Scheduled for July 17, 2024**</u>

Dear Judge Schofield:

      This firm is counsel to Defendants, Torishiki USA Corp. (d/b/a Torien Restaurant), Showa Hospitality, LLC, Julian Hakim (improperly pled as "Julien Hakim"), Hideo Yasuda, and Rodrigo Acosta (collectively referred to as "Defendants"), with respect to the above-captioned matter. We write with respect to the pre-motion conference currently scheduled before Your Honor on July 17, 2024.

      In accordance with Your Honor's Individual Rules and Procedures, the parties jointly request an adjournment of the July 17, 2024 pre-motion conference. The parties attended a settlement conference before the Honorable Katharine H. Parker, U.S.M.J. on June 26, 2024. While the conference did not result in a resolution, the parties made substantial progress and have continued their discussions into this week with the goal of fully resolving all claims.

      To that end, the parties request that the pre-motion conference currently scheduled for July 17, 2024 be adjourned two weeks to permit the parties to engage in continued settlement discussions with the hope of fully resolving the dispute prior to incurring the fees of preparing pre-motion letters and the like.

      Please note that this is the parties' second request for an adjournment of the pre-motion conference.

---

**New Jersey**
422 Morris Avenue
Summit, New Jersey 07901

**New York**
641 Lexington Avenue, 13th Floor
New York, New York 10022

olenderfeldman.com
fax: 908-810-6631

Page 2
July 1, 2024

   Should Your Honor have any questions or wish to discuss this matter further, please do not hesitate to have a member of Your staff contact me. We thank you for your continued attention to this matter.

            Respectfully submitted,

            **/s/ *Sean Rose*** 
            SEAN ROSE

cc: Mike DiGiulio, Esq. (*via ECF*)